No. 389, Misc.  WICKS *v.* SUPREME COURT OF INDIANA. Supreme Court of Indiana.  Certiorari denied.

No. 394, Misc.  NONN *v.* MICHIGAN ET AL.  Supreme Court of Michigan.  Certiorari denied.

No. 395, Misc.  BUTE *v.* RAGEN, WARDEN.  Circuit Court of Will County, Illinois.  Certiorari denied.

No. 397, Misc.  RHEIM *v.* LYONS, COMMISSIONER. Court of Appeals of New York.  Certiorari denied.  Petitioner *pro se.*  *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, *Herman N. Harcourt* and *George A. Radz,* Assistant Attorneys General, for respondent.

No. 398, Misc.  TANTHOREY *v.* RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 401, Misc.  SKINNER *v.* ROBINSON, WARDEN.  Circuit Court of Randolph County, Illinois.  Certiorari denied.

No. 402, Misc.  TAYLOR *v.* RAGEN, WARDEN.  Circuit Court of Will County, Illinois.  Certiorari denied.

No. 403, Misc.  VALECEK *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 405, Misc.  PLAINE *v.* BURFORD, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 409, Misc.  STEVENS *v.* RAGEN, WARDEN.  Criminal Court of Cook County, Illinois.  Certiorari denied.